1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division
4

5 | MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney
6

7 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6838
8 | Facsimile: (415) 436-7234
Matthew.McCarthy@usdoj.gov
9

10 | Attorneys for Plaintiff

11

12 | UNITED STATES DISTRICT COURT

13 | NORTHERN DISTRICT OF CALIFORNIA

14 | SAN FRANCISCO DIVISION

15

16 | UNITED STATES OF AMERICA,    ) CR No. 08-0755-SI
 | )
17 | Plaintiff, ) [PROPOSED] STIPULATED ORDER
 | ) CONTINUING STATUS CONFERENCE
18 | v. )
 | ) **Current Hearing Date: March 27, 2009**
19 | LUIS DIAZ, ) Time: 11:00 a.m.
 | ) Judge: Hon. Susan Illston
20 | Defendant. )
 | ) **Proposed Hearing Date: May 8, 2009**
21 | _____) Time: 11:00 a.m.

[PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 08-0755-SI

1   The above-captioned case is currently scheduled for a status conference on
2   Friday, March 27, 2009 at 11:00 a.m.  Counsel for the parties are currently engaged in
3   negotiations regarding a possible resolution of this case, and those negotiations require
4   additional investigation of facts by both sides.  Accordingly, the parties desire additional
5   time to investigate the relevant facts and attempt to reach a resolution.
6   In addition, both counsel for the government and counsel for the defendant
7   are set for trials in other matters during the month of April.
8   Therefore, the parties jointly request that the date for the status conference
9   in this case be continued one month to Friday, May 8, 2009 at 11:00 a.m.
10  Further, the parties stipulate and jointly request that time be excluded from the
11  Speedy Trial Act calculations from March 27, 2009 through May 8, 2009 for effective
12  preparation and continuity of counsel.  The exclusion of time is necessary both because of the
13  further investigation described above and because of the intervening trials of counsel.  The
14  parties agree that the ends of justice served by granting such a continuance outweighed the best
15  interests of the public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(8)(A).

16  **SPEEDY TRIAL ACT IMPLICATIONS**

17  Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70)
18  days remaining before the trial in this case must commence.  Taking the stipulated time
19  exclusion
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

[PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 08-0755-SI                                    1

//

from March 27, 2009 through May 8, 2009 into account, the "speedy trial" date for this matter is July 17, 2009.

IT IS SO STIPULATED.

| March 26, 2009 | /s/ |
|---|---|
| DATED | JOSEPH P. RUSSONIELLO<br>United States Attorney<br>Northern District of California<br>MATTHEW L. McCARTHY<br>Assistant United States Attorney |

| March 26, 2009 | /s/ |
|---|---|
| DATED | RON TYLER<br>Assistant Federal Public Defender<br>Attorney for Isaac Medina-Hernandez |

For good cause shown, the status conference now scheduled for Friday, March 27, 2009 is vacated. The matter shall be added to the Court's calendar on Friday, May 8, 2009 at 11:00 a.m. for status and possible change of plea.

In addition, for the reasons stated above, the Court finds that an exclusion of time from March 27, 2009 through May 8, 2009 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv). Taking the exclusion of time from March 27, 2009 through May 8, 2009 into account, the "speedy trial" date for this matter is July 17, 2009.

IT IS SO ORDERED.

| _____ | _____ |
|---|---|
| DATED | HON. SUSAN ILLSTON<br>United States District Court Judge |

[PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 08-0755-SI
2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28